

# Memorandum

**To:**     Honorable Leo T. Sorokin, U.S. District Judge
**Copy:**   Ian Gold, Counsel for Defendant
            Jennifer Serafyn, AUSA
**From:**   Justin Prophet, Senior U.S. Probation Officer
**Date:**   April 12, 2021
**Re:**     Wayne Hunt, Dkt # 07-CV-12063

### Request for a Status Hearing and Modification of Conditions

Your Honor, the purpose of this memorandum is to request a Status Hearing, in which this officer intends on asking the Court to impose a modification of Mr. Hunt's conditions. Specifically, this officer intends on requesting that the Court impose the following conditions:

**You must not possess or use any computer or internet-capable device without prior approval from the Probation Office. Any such device should not be used to knowingly access or view sexually explicit materials as defined in 18 U.S.C. §2256(2)(A).**

**You must allow the installation of computer internet monitoring software on approved internet capable devices, but may still use a computer for work purposes that has been previously approved by the Probation Office. The program(s) used will be designed to identify, for the Probation Office, the viewing, downloading, uploading, transmitting, or otherwise using any images or content of a sexual or otherwise inappropriate nature. You must not attempt to remove or otherwise defeat such systems, and must allow the Probation Office to examine such computer and receive data from it at any reasonable time. You shall be required to contribute to the costs of computer internet monitoring software.**

As the Court is aware, Mr. Hunt's conditions were modified on June 9, 2020. This modification allowed for less restrictive conditions resulting in the elimination of Mr. Hunt's previously imposed condition related to computer monitoring. In the memorandum proposing updated conditions, probation staff advised the Court that Mr. Hunt had a polygraph examination on January 13, 2020, in which Mr. Hunt had a significant response to a question about viewing an image of a minor for sexual gratification. Due to COVID-19 concerns, Mr. Hunt did not have another polygraph examination until April 8, 2020. During that polygraph examination, Mr. Hunt had a significant response to questions concerning the viewing of images of minors for sexual gratification. During a follow up meeting with this officer, Mr. Hunt denied any viewing of minors for sexual gratification.

1

As the Court is aware, these polygraph examinations help identify treatment related matters and based on recent findings, this officer believes the above-noted modifications would function to mitigate risk, assist in identifying any potential triggers, and may help to provide Mr. Hunt with more structure. Notably, this officer believes that these modifications provide minimal disruption to Mr. Hunt's life. If Your Honor concurs with this officer's recommendation to hold a Status Hearing, please indicate your desired action by endorsing below. As always, if Your Honor has any additional questions, please feel free to contact this officer at justin_prophet@map.uscourts.gov or by phone at 617-571-7509.

Reviewed and approved by:

*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

**The Court Orders:**

[ ] Approved; Status Hearing to be Scheduled at the Court's Earliest Convenience

[ ] Not Approved

[ ] Other:_____

**Honorable Leo T. Sorokin**
**U.S. District Judge**

**Date:**_____

- Page 2